**Electronically Filed**
**Supreme Court**
**SCWC-21-0000584**
**24-JAN-2023**
**07:48 AM**
**Dkt. 12 ODAC**

SCWC-21-0000584

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

IN THE INTEREST OF AKQ
(CAAP-21-0000584; FC-S NO. 19-0039K)

AND

IN THE INTEREST OF Q CHILDREN
(CAAP-21-0000585; FC-S NO. 18-0016K)

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Mother-Appellant's Application for Writ of

Certiorari, filed on December 1, 2022, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, January 24, 2023.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna



/s/ Michael D. Wilson

/s/ Todd W. Eddins